

*Fighting For Employee Rights for Over 30 Years*

| | | | | |
|---|---|---|---|---|
| 1525 Locust Street | 9ᵗʰ Floor | Philadelphia, PA 19102 | (215) 545-7676 | www.ConsoleLaw.com |
| 110 Marter Avenue | Suite 502 | Moorestown, NJ 08057 | (856) 854-4000 | |
| 5 Penn Plaza | Suite 1946 | New York, NY 10001 | (917) 985-7761 | |

Susan M. Saint-Antoine, Esq.
santanto@consolelaw.com

July 10, 2026

**VIA ECF**
Honorable Joseph F. Saporito, Jr
U.S.D.C. for the Middle District of Pennsylvania – Scranton
235 N. Washington Avenue
Scranton, PA 18501

> Re:  **Hurley, Judy v. AT&T Corp., et al.**
> **Civil Action No. : 3:25-cv-01755**

Dear Judge Saporito,

Our firm represents the Plaintiff, Judy Hurley, in the above-referenced matter. We are writing on behalf of all parties to respectfully request clarification of the Order for stay pending the outcome of mediation issued by the Court on Wednesday (ECF 65). On July 7, the parties filed a joint motion (ECF 63) to extend the deadline for mediation until after the close of fact discovery, with the aim to make mediation more fruitful, which the Court granted on Wednesday (ECF 64). In light of that background, we respectfully request clarification from the Court as to the scope of the stay pending mediation and, in particular, whether it precludes further fact discovery from occurring prior to mediation.

Thank you for your time and attention to this matter.

Respectfully submitted,

*/s/ Susan M. Saint-Antoine*
Susan M. Saint-Antoine

SMS/ss
cc: Counsel via ECF